Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

James R. Mugridge, CA SBN 292803
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2500 Tulare Street, Suite 2601
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-00744-LJO-SKO<br><br>**ORDER STAYING THE ACTION AND EXTENDING DEADLINES**<br><br>**(Doc. 27)** |

///

-1-

Upon Plaintiff's Unopposed Motion for Stay and Extension of Deadlines (Doc. 27), and for good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and the following deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding:

1. Non-Expert Discovery Deadline set for June 28, 2019;
2. Expert Disclosure Deadline set for August 16, 2019;
3. Rebuttal Expert Disclosure Deadline set for September 6, 2019;
4. Expert Discovery Deadline set for October 11, 2019; and
5. Non-Dispositive Motion Deadline set for October 23, 2019.

EEOC <u>shall</u> notify the Court in writing within 2 business days after funding is restored, so the Court can enter an order setting the above-enlarged deadlines.

IT IS SO ORDERED.

Dated: __**December 26, 2018**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE