Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

James R. Mugridge, CA SBN 292803
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2500 Tulare Street, Suite 2601
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-00744-LJO-SKO<br><br>**ORDER LIFTING STAY AND EXTENDING DEADLINES**<br><br>**(Doc. 30)** |

///

-1-

Based on the EEOC's January 29, 2019 notice of restoration of funding and request to lift stay and extend deadlines (Doc. 30), IT IS HEREBY ORDERED that due to the restoration of funding to the EEOC on January 25, 2019, the stay imposed in this litigation, is LIFTED. In accordance with the Court's Order staying this litigation (Doc. 28), the following deadlines in this matter are EXTENDED for thirty-five (35) days as follows:

1. The Non-Expert Discovery Deadline, currently set for June 28, 2019, is EXTENDED to Friday, August 2, 2019;
2. The Expert Disclosure Deadline, currently set for August 16, 2019, is EXTENDED to Friday, September 20, 2019;
3. The Rebuttal Expert Disclosure Deadline, currently set for September 6, 2018, is EXTENDED to Friday, October 11, 2019;
4. The Expert Discovery Deadline, currently set for October 11, 2019, is EXTENDED to Friday, November 15, 2019; and
5. The Non-Dispositive Motion Filing Deadline, currently set for October 23, 2019, is EXTENDED to Wednesday, November 27, 2019.

All other dates in the Scheduling Order (Doc. 17), remain the same.

IT IS SO ORDERED.

Dated: **January 30, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE