# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS,<br><br>Defendant. | Case No. 1:18-cv-00744-LJO-SKO<br><br>ORDER VACATING SETTLEMENT CONFERENCE AND REQUIRING DEFENDANT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILING TO COMPLY WITH THE COURT'S ORDER<br><br>TEN DAY DEADLINE |

A settlement conference in this action is set for February 26, 2019, at 10:00 a.m. before the undersigned. (Doc. 17.) Pursuant to the Order re Settlement Conference filed December 28, 2018 (the "Order"), the parties were required to submit a confidential settlement statement to the Court one week prior to the conference date. (Doc. 29 at 2.) Although the Court has timely received the confidential statement from Plaintiff, it does not reflect any response by Defendant to Plaintiff's meet and confer attempts—as required by the Order. (*Id*. at 1.) Additionally, no confidential settlement statement has been received from Defendant. (*See id*. at 2.)

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success. Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States. The settlement conference statement assists the Court in adequately preparing for these matters. They are not pro forma.

Since Defendant has failed to comply with the Order, the February 26, 2019 settlement conference shall be vacated. Should the parties desire another settlement conference date, they shall confer and contact the courtroom deputy with available dates. However, no settlement conference shall be set until Defendant meets and confers with Plaintiff in good faith and prior to the settlement conference and submits a meaningful confidential settlement statement to the Court, in compliance with the Order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Defendant is required to show cause why sanctions should not issue for the failure to meet and confer with Plaintiff and to submit its confidential statement in compliance with the Order.

Accordingly, IT IS HEREBY ORDERED that:

1. The settlement conference set for February 26, 2019, is VACATED;
2. The Court will re-set the settlement conference only upon compliance by Defendant and at a time convenient to all parties and the Court; and
3. Within ten (10) days from the date of service of this order, Defendant shall show cause in writing why sanctions should not issue for the failure to comply with the Order.

IT IS SO ORDERED.

Dated:  **February 20, 2019**                              /s/ *Sheila K. Oberto*
                                                                               UNITED STATES MAGISTRATE JUDGE