# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS,<br><br>Defendant. | Case No. 1:18-cv-00744-LJO-SKO<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING TELEPHONIC CONFERENCE**<br><br>**Doc. 33** |

On February 21, 2019, the Court noted Defendant had failed to meet and confer with Plaintiff and submit its confidential settlement conference statement in compliance with the Court's Order re Settlement Conference (the "Order"), and issued an Order to Show Cause why sanctions should not be imposed. (Doc. 33.) Defendant was ordered to respond to the Order to Show Cause by no later than March 4, 2019, and inform the Court as why sanctions should not be imposed for his failure to comply with the Order. (*Id*. at 2.) The Court also vacated the settlement conference set for February 26, 2019, and advised the parties that it would re-set the settlement conference upon compliance with the Order by Defendant.

On March 1, 2019, Plaintiff filed a response to the Order to Show Cause indicating that his failure to comply with the Order was due to an inadvertent mistake. (Doc. 34.) Accordingly, the Court's Order to Show Cause (Doc. 33), is hereby DISCHARGED.

In view of Defendants' inadvertent failure to comply with the Order, the Court SETS a

telephonic for Thursday, March 7, 2019 at 10:15 a.m., to discuss the setting of a new settlement conference. The parties shall call (888) 557-8511, access code 6208204# at the date and time for the conference.

IT IS SO ORDERED.

Dated:  **March 4, 2019**                              /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE