# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS,<br><br>Defendant.<br>_____/ | Case No. 1:18-cv-00744-LJO-SKO<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING SETTLEMENT CONFERENCE DATES<br><br>Doc. 37 |

On March 8, 2019, the Court issued an order to show cause why sanctions should not be imposed for Defendant's failure to appear at a court-ordered telephonic conference to set a settlement conference. (Doc. 37.)

On March 13, 2019, the Court held a hearing on the order to show cause. James Mugridge, Esq., appeared on behalf of Plaintiff, U.S. Equal Employment Opportunity Commission. Michael Abbott, Esq., appeared on behalf of Defendant KS Aviation, Inc.

At the hearing, the Court set forth defense counsel's pattern of failures to comply with Court orders and the grounds for the March 8, 2019, order to show cause. Defendant represented to the Court that he did not receive notice of the telephonic conference due to a misunderstanding of his email system and the failure of his co-worker to properly calendar dates in this case.

The Court admonished defense counsel that this case has occupied a significant amount of the Court's resources due to defense counsel's inability to monitor the case docket, properly calendar

deadlines, comply with the Court's orders, and communicate effectively with Plaintiff's counsel. As Defense counsel is admitted to practice before this Court, he is expected to take the necessary measures to ensure that he is able to move this case forward in an efficient manner. (L.R. 180 (e).)

To move this case forward, and as set forth on the record at the March 13, 2019 hearing, the Court HEREBY ORDERS as follows:

1. Defendant SHALL respond in writing to Plaintiff's settlement demand by no later than March 18, 2019;
2. The parties SHALL meet and confer regarding settlement, either by telephone or in-person, on March 26, 2019, at 10:00 a.m.;
3. The Court SETS a telephonic conference for March 29, 2019 at 4:00 p.m., to discuss the status of the parties' settlement discussions. The parties shall call (888) 557-8511, access code 6208204# at the date and time for the conference;
4. The parties SHALL provide updated confidential settlement statements in accordance with the Court's Order re Settlement Conference, by no later April 10, 2019; and
5. The Court SETS a settlement conference on April 24, 2019, at 10:00 a.m. in Courtroom 7 before the undersigned.

In light of defense counsel's representation that he will comply with all future court orders, the order to show cause issued March 8, 2019, (Doc. 37), is DISCHARGED, and no sanctions will be imposed at this time. The Court, however, CAUTIONS defense counsel that the Court will entertain a motion for sanctions from Plaintiff in the event that defense counsel fails to comply with future Court orders.

IT IS SO ORDERED.

Dated: **March 14, 2019**　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE