Anna Y. Park, CA SBN 164242
Rumduol Vuong, CA SBN 264392
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-mail: lado.legal@eeoc.gov

James R. Mugridge, CA SBN 292803
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2500 Tulare Street, Suite 2601
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053

Attorneys for Petitioner
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, XING KONG AVIATION SERVICE, LLC and Does 1-10 Inclusive,<br><br>　　　　　　Defendants. | Case No. 18-cv-00744-LJO-SKO<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>**ORDER MODIFYING THE SCHEDULING ORDER TO PERMIT FILING OF A FIRST AMENDED COMPLAINT AFTER THE DATE SET OUT IN THE SCHEDULING ORDER**<br><br>(Doc. 42) |

The United States EEOC and KS Aviation, Inc., Sierra Academy of Aeronautics, and Xing Kong Aviation Service, LLC have stipulated that EEOC should be permitted to file an amended

1

complaint naming Xing Kong as a defendant. The parties have also stipulated that the Court should modify the scheduling order to permit such an amendment.

The facts giving rise to the need for amendment did not occur until after the deadline for filing an amended complaint had run.

Because the parties stipulated to the amendment (Doc. 42), the facts giving rise to the need to amend did not arise until after the deadline to amend, and the Commission has been diligent in litigating the action and did not delay once it learned of the facts giving rise to the need to amend, *see Johnson v. Mammoth Recreations, Inc.,* 975 F.2d 604, 607–08 (9th Cir. 1992), the Court GRANTS Plaintiff leave to amended its complaint, Fed. R. Civ. P. 15(a)(2), and MODIFIES the Scheduling Order to permit such amendment, in view of good cause shown under Fed. R. Civ. P. 16(b)(4).

Plaintiff SHALL file and serve Xing Kong Aviation Service, LLC with a copy of the First Amended Complaint within fourteen (14) days of the date of this Order. Thereafter, Xing Kong Aviation Service, LLC SHALL file an answer within twenty-one (21) days of service.

IT IS SO ORDERED.

Dated: **May 23, 2019**          /s/ *Sheila K. Oberto*
                                 UNITED STATES MAGISTRATE JUDGE