# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS and XING KONG AVIATION SERVICE, LLC,<br><br>Defendants. | Case No. 1:18-cv-00744-LJO-SKO<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL AND DENYING WITHOUT PREJUDICE REQUEST FOR SANCTIONS<br><br>(Doc. 48) |

**ORDER**

On June 7, 2019, pursuant to the Court's June 3, 2019 Order, (Doc. 47), Plaintiff filed a motion to compel discovery and for sanctions ("Motion to Compel") against Defendant KS Aviation, Inc. d/b/a Sierra Academy of Aeronautics ("KS Aviation"). (Doc. 48.) KS Aviation filed an untimely response on July 5, 2019. (Doc. 54.) Prior to the filing of the response, on July 1, 2019, Plaintiff filed a reply brief. (Doc. 53.)

The Court held a hearing on the Motion to Compel and a Pre-Settlement Conference on July 10, 2019. Attorney James Mugridge appeared on behalf of Plaintiff and Attorney Michael Abbott appeared on behalf of Defendants. Both counsel appeared telephonically. At the hearing, Plaintiff contended that certain items requested to be produced remain outstanding. Plaintiff and KS Aviation both requested sanctions against each other.

For the reasons stated on the record, the Court will direct KS Aviation to produce the outstanding items by no later than July 12, 2019: (1) an amended response to request for production number 13 to Sierra Academy of Aeronautics (the d/b/a name of KS Aviation), and (2) the 2016 and 2017 QuickBooks files that KS Aviation's counsel previously committed to producing. (*See* Doc. 48-24 at 17.) The request for sanctions is denied without prejudice to its renewal as set forth below.

Accordingly, it is HEREBY ORDERED:

1. Plaintiff's Motion to Compel, Motion for Sanctions, and Request for Order to Show Cause Why Defendant Should Not be Held in Contempt, (Doc. 48), is GRANTED IN PART and DENIED IN PART.

2. KS Aviation SHALL, **by no later than July 12, 2019**, produce to Plaintiff: (a) an amended response to request for production number 13 to Sierra Academy of Aeronautics; and (b) the 2016 and 2017 employee QuickBooks files.

3. The non-expert discovery deadline is hereby EXTENDED from August 2, 2019, to **September 2, 2019**. All other deadlines remain unchanged.

4. The request for sanctions is **DENIED without prejudice**. Plaintiff may file a renewed motion to compel and/or for sanctions, as appropriate, by no later than **July 26, 2019**. KS Aviation shall file a response by no later than **August 2, 2019** and Plaintiff may file a reply by no later than **August 8, 2019**. The Court SETS a hearing on the motion on **August 14, 2019 at 9:30 AM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto.**

5. The Motion to Compel, (Doc. 48), is **DENIED in all other respects**.

6. The Court SETS a Telephonic Pre-Settlement Conference on **October 2, 2019 at 4:00 PM in Courtroom 7 (SKO) before Magistrate Judge Sheila K. Oberto**. The parties SHALL submit their confidential settlement statements by email to SKOorders@caed.uscourts.gov by no later than September 25, 2019.

IT IS SO ORDERED.

Dated:     **July 10, 2019**                          /s/ *Sheila K. Oberto*               
                                             UNITED STATES MAGISTRATE JUDGE