# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS and XING KONG AVIATION SERVICE, LLC,<br><br>Defendants. | Case No. 1:18-cv-00744-LJO-SKO<br><br>ORDER EXTENDING STAY AND EXTENDING SCHEDULING ORDER DEADLINES BY 30 DAYS<br><br>(Doc. 69) |

**ORDER**

On October 29, 2019, at the parties' request, the Court stayed this case and extended the scheduling order dates to allow the parties to continue to work toward settlement. (*See* Docs. 67, 68.) The Court directed the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than December 27, 2019. (Doc. 68 at 2.)

On December 27, 2019, the parties filed a status report requesting that the Court vacate all pending deadlines and extend the stay by 30 days. (Doc. 69.) The parties represent that they have met several times in the past two months to discuss settlement and the meetings have been productive. (*Id.* at 1.) The parties believe that within the next 30 days "they will be able to completely resolve the action or at least narrow the issues such that a settlement conference before the magistrate judge would be fruitful." (*Id.* at 2.) The Court finds good cause to extend the stay

but will not vacate the pending deadlines and instead will extend the deadlines by 30 days.

Based on the foregoing and for good cause shown, the Court GRANTS IN PART the parties' request. IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until January 27, 2020. **By no later than January 27, 2020**, the parties SHALL file either (1) a notice of settlement or (2) an updated joint status report on the status of settlement negotiations and the status of the case.

2. The scheduling order dates are MODIFIED[1] as follows:
    a. The expert discovery deadline is extended to February 10, 2020.
    b. The non-dispositive motions filing deadline is extended to February 18, 2020.
    c. The non-dispositive motions hearing deadline is extended to March 25, 2020.
    d. The dispositive motions filing deadline is extended to March 27, 2020.
    e. The dispositive motions hearing deadline is extended to May 13, 2020.
    f. The pretrial conference is continued to July 8, 2020.
    g. The trial date is continued to September 1, 2020.

IT IS SO ORDERED.

Dated: __**December 31, 2019**__         _____/s/ *Sheila K. Oberto*_____
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will re-set the settlement conference, if appropriate, upon receipt of the parties' updated joint status report on the status of settlement negotiations. The parties shall set forth proposed dates for the settlement conference in their updated joint status report if they intend to request that a settlement conference be set.