# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS and XING KONG AVIATION SERVICE, LLC,<br><br>Defendants.<br>_____/ | Case No. 1:18-cv-00744-LJO-SKO<br><br>SECOND ORDER EXTENDING STAY AND EXTENDING SCHEDULING ORDER DEADLINES BY 30 DAYS<br><br>(Doc. 71) |

## ORDER

On December 31, 2019, at the parties' request, the Court continued to stay this case and extended the scheduling order dates to allow the parties to continue to work toward settlement. (*See* Docs. 69, 70.) The Court directed the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than January 27, 2020. (Doc. 70 at 2.)

On January 27, 2020, the parties filed a status report requesting that the Court extend the stay by 30 days and modify the case schedule. (Doc. 71.) The parties represent that defense counsel encountered unexpected health problems that left him unable to work for the last 30 days, but that now that he has returned to work, they will be able to resolve this matter without further Court involvement. (*Id.* at 1–2.) The parties believe that within the next 30 days "they will be able to completely resolve the action or at least narrow the issues such that a settlement conference before

the magistrate judge would be fruitful." (*Id.* at 2.) The Court finds good cause to extend the stay and the case deadlines by 30 days.

Based on the foregoing and for good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until February 26, 2020. **By no later than February 26, 2020**, the parties SHALL file either (1) a notice of settlement or (2) an updated joint status report on the status of settlement negotiations and the status of the case.

2. The scheduling order dates are MODIFIED[1] as follows:

   a. The expert discovery deadline is extended to March 11, 2020.
   b. The non-dispositive motions filing deadline is extended to March 18, 2020.
   c. The non-dispositive motions hearing deadline is extended to April 22, 2020.
   d. The dispositive motions filing deadline is extended to April 24, 2020.
   e. The dispositive motions hearing deadline is extended to June 30, 2020.
   f. The pretrial conference is continued to August 5, 2020.
   g. The trial date is continued to September 29, 2020.

IT IS SO ORDERED.

Dated: __**January 28, 2020**__    /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will re-set the settlement conference, if appropriate, upon receipt of the parties' updated joint status report on the status of settlement negotiations. The parties shall set forth proposed dates for the settlement conference in their updated joint status report if they intend to request that a settlement conference be set.

2