Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Eric Yau, CA SBN 275457
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 541-3133
Facsimile: (808) 541-3390
Email: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-00744-NONE-SKO<br><br>**ORDER STAYING THE ACTION AND EXTENDING DEADLINES**<br><br>**(Doc. 80)** |

This case was stayed on October 29, 2019. (*See* Doc. 68.) On February 27, 2020, at the parties' request, the Court continued to stay this case and extended the scheduling order dates to allow the parties to continue to work toward settlement. (*See* Docs. 78, 79.) The Court directed

-1-

the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than March 27, 2020. (Doc. 79 at 2.)

On March 27, 2020, the parties filed a status report requesting that the Court extend the stay by 30 days and modify the case schedule. (Doc. 80.) The parties represent that defense counsel is experiencing difficulties communicating with Defendants because Defendants are occupied by issues with the coronavirus (COVID-19) pandemic affecting their students and operations. (*Id.* at 1–2.) Nonetheless, the parties believe that within the next 60 days "will be able to determine whether further settlement talks without the Court's involvement would be fruitful, completely resolve the action or at least narrow the issues such that a settlement conference before the magistrate judge would be fruitful." (*Id.* at 2.) The Court finds good cause to extend the stay and modify the case schedule.

Based on the foregoing and for good cause shown, the Court GRANTS the parties' request.[1] IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until May 26, 2020. By no later than May 26, 2020, the parties SHALL file either (1) a notice of settlement or (2) an updated joint status report on the status of settlement negotiations and the status of the case.

2. The scheduling order dates are MODIFIED[2] as follows:

    a. The expert discovery deadline be extended to June 9, 2020;

    b. The non-dispositive motions filing deadline be extended to June 16, 2020;

    c. The non-dispositive motions hearing deadline be extended to July 22, 2020;

    d. The dispositive motions filing deadline be extended to July 27, 2020;

    e. The dispositive motions hearing deadline be extended to September 9, 2020;

    f. The pretrial conference be continued to November 16, 2020; and

---

[1] The Court will adjust certain of the parties' proposed dates to conform to the Court's scheduling preferences.

[2] The Court will re-set the settlement conference, if appropriate, upon receipt of the parties' updated joint status report on the status of settlement negotiations. The parties shall set forth proposed dates for the settlement conference in their updated joint status report if they intend to request that a settlement conference be set.

g. The trial date be continued to January 12, 2021.

IT IS SO ORDERED.

Dated: **March 30, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE