Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Eric Yau, CA SBN 275457
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 541-3133
Facsimile: (808) 541-3390
Email: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, and Does 1-10 Inclusive,<br><br>    Defendant. | Case No.: 1:18-cv-00744-NONE-SKO<br><br>**ORDER STAYING THE ACTION AND EXTENDING DEADLINES**<br><br>**(Doc. 84)** |

      This case was stayed on October 29, 2019. (*See* Doc. 68.) On March 20, 2020, at the

-1-

parties' request, the Court continued to stay this case and extended the scheduling order dates to allow the parties to continue to work toward settlement. (*See* Docs. 80, 81.) The Court directed the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than May 26, 2020. (Doc. 81 at 2.)

On May 26, 2020, the parties filed a status report requesting that the Court extend the stay by 60 days and modify the case schedule. (Doc. 84.) The parties represent that they "have been in contact over the last 60 days to continue negotiations on settlement and have made progress concerning monetary and injunctive relief" but that "efforts by the counsel for KS Aviation, Inc. and Xing Kong Aviation Service, LLC to advance and finalize settlement proposals with new decision makers continue to be adversely impacted by the lingering effects of the coronavirus and the accompanying stay home directive, which have caused KS Aviation and Xing Kong to shut operations and to lay off staff." (*Id*. at 1–2.) Nonetheless, the parties "mutually agree that resources are better devoted towards negotiating a full settlement prior to the settlement conference or narrowing the issues to be resolved at the settlement conference, rather than to be diverted to conducting discovery and motion practice," and request that the Court extend the stay in this matter for sixty (60) additional days "to enable the parties to continue to attempt to resolve this matter without further intervention from the court." (*Id*. at 2.) The Court finds good cause to extend the stay and modify the case schedule.

Based on the foregoing and for good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until July 27, 2020. By no later than July 27, 2020, the parties SHALL file either (1) a notice of settlement or (2) an updated joint status report on the status of settlement negotiations and the status of the case.
2. The scheduling order dates are MODIFIED as follows:
   a. The expert discovery deadline be extended to August 7, 2020;
   b. The non-dispositive motions filing deadline be extended to August 14, 2020;
   c. The non-dispositive motions hearing deadline be extended to September 23, 2020;

...

    d.    The dispositive motions filing deadline be extended to September 25, 2020;

    e.    The dispositive motions hearing deadline be extended to November 9, 2020;

    f.    The pretrial conference be continued to January 19, 2021; and

    g.    The trial date be continued to March 16, 2021.

IT IS SO ORDERED.

Dated:   **May 28, 2020**                      /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE