Anna Y. Park, SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Eric Yau, CA SBN 275457
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
300 Ala Moana Boulevard, Room 4-257
Honolulu, HI 96850
Telephone: (808) 541-3133
Facsimile: (808) 541-3390
Email: eric.yau@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS, XING KONG AVIATION SERVICE, LLC, and Does 1-10 Inclusive,<br><br>Defendants. | Case No.: 1:18-cv-00744-NONE-SKO<br><br>**ORDER STAYING THE ACTION AND EXTENDING DEADLINES**<br><br>**(Doc. 86)** |

This case was stayed on October 29, 2019.  (*See* Doc. 68.)  On May 28, 2020, at the parties'

request, the Court continued to stay this case and extended the scheduling order dates to allow the parties to continue to work toward settlement. (*See* Docs. 84, 85.) The Court directed the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than July 27, 2020. (Doc. 85 at 2.)

On July 27, 2020, Plaintiff, having been unsuccessful in contacting defense counsel, filed its own status report requesting that the Court extend the stay by 30 days and modify the case schedule. (Doc. 86.) Plaintiff represents it is "unclear . . . whether the inability to correspond is due to opposing counsel's health conditions," which "may be related to the current pandemic," but that, "[d]espite ill-health, opposing counsel has always reiterated his desire to settle this matter." (*Id*. at 2.)

Plaintiff, "[i]n light of the uncertainty concerning opposing counsel's health conditions and [Plaintiff's] inability to reach him and the upcoming settlement conference set for August 18, 2020," requests that the Court extend the stay in this matter for thirty (30) additional days and modify the case schedule to "enable the parties to focus resources on reaching a final settlement prior to or at the settlement conference, rather than diverting resources to conducting expert discovery, engaging in motion practice and preparing for the trial." (*Id*.) The Court finds good cause to extend the stay and modify the case schedule.

Based on the foregoing and for good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until August 26, 2020. By no later than August 26, 2020, the parties SHALL file either (1) a notice of settlement or (2) an updated joint status report on the status of settlement negotiations and the status of the case.
2. The scheduling order dates are MODIFIED as follows:
    a. The expert discovery deadline be extended to September 7, 2020;
    b. The non-dispositive motions filing deadline be extended to September 14, 2020;
    c. The non-dispositive motions hearing deadline be extended to October 21, 2020;
    d. The dispositive motions filing deadline be extended to October 26, 2020;

    e.    The dispositive motions hearing deadline be extended to December 9, 2020;

    f.    The pretrial conference be continued to February 18, 2021; and

    g.    The trial date be continued to April 13, 2021.

IT IS SO ORDERED.

Dated: **July 28, 2020**                  /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE