# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS; XING KONG AVIATION SERVICE, LLC; and Does 1-10 Inclusive,<br><br>           Defendants.<br>_____/ | Case No.  1:18-cv-00744-NONE-SKO<br><br>ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILING TO COMPLY WITH THE COURT'S ORDER OR ALTERNATIVELY TO SUBMIT SETTLEMENT CONFERENCE STATEMENT |

A settlement conference in this action is set for August 18, 2020, at 10:30 a.m. before the undersigned. (Doc. 83.) Pursuant to the Amended Order re Settlement Conference filed April 21, 2020 (Order), the parties were each to submit a confidential settlement conference statement to the Court two weeks prior to the conference date. (*Id*. at 2.)  The Court has timely received the confidential statement from Plaintiff; however, no statement has been received from Defendants.[1]

This Court spends considerable time preparing for settlement conference so as to make it meaningful to the parties and results in a greater likelihood of settlement success.  Settlement is extremely important in this district where the judges have one of the highest caseloads per judge in the United States.  The settlement conference statement assists the Court in adequately preparing

---

[1] This is not the first time Defendants have failed to comply with the Court's orders in this case. (*See* Docs. 33, 37, 47.)

for these matters. They are <u>not</u> pro forma.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. *Bautista v. Los Angeles Cty.*, 216 F.3d 837, 841 (9th Cir. 2000).

Pursuant to the Order, the parties' confidential settlement statements were due on August 4, 2020. As noted above, Defendants have not submitted their confidential statement. Defendants are therefore required to show cause why sanctions should not issue for the failure to submit their confidential settlement conference statement in compliance with the Court's order. Alternatively, Defendants may submit their confidential settlement conference statement by August 7, 2020.

Accordingly, IT IS HEREBY ORDERED that:

1. By no later than **August 7, 2020**, Defendants shall **<u>either:</u>**

   a. file a written response to this order showing cause why sanctions should not issue for the failure to comply with the Court's order; or

   b. submit their confidential settlement conference statement.

**Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause such non-compliance.**

IT IS SO ORDERED.

Dated:   **August 5, 2020**                                       /s/ *Sheila K. Oberto*
                                                                                    UNITED STATES MAGISTRATE JUDGE