# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KS AVIATION, INC. d/b/a SIERRA ACADEMY OF AERONAUTICS and XING KONG AVIATION SERVICE, LLC,<br><br>　　　　Defendants.<br>_____/ | Case No.  1:18-cv-00744-NONE-SKO<br><br>ORDER EXTENDING STAY AND EXTENDING SCHEDULING ORDER DEADLINES BY 30 DAYS<br><br>(Doc. 97) |

On October 29, 2019, at the parties' request, the Court stayed this case and extended the scheduling order dates to allow the parties to continue to work toward settlement.  (*See* Docs. 67, 68.)  The Court directed the parties to file either a notice of settlement or a status report on the status of settlement negotiations by no later than December 27, 2019.  (Doc. 68 at 2.)

The Court has extended the stay on multiple occasions, (Docs. 72, 79, 81, 85, 87, 94), and most recently directed the parties to file a status report by October 26, 2020.  (Doc. 94 at 2.)  The Court also set a settlement conference for November 10, 2020, at the parties' request.  (Doc. 92.)  The parties now request to extend the stay and the scheduling order deadlines by approximately 30 days, in light of the November 10, 2020 settlement conference and their continuing efforts to narrow the issues in dispute, so they may "continue to attempt to resolve this matter without further intervention from the court."  (Doc. 97 at 2.)  The Court finds good cause to extend the stay and will

extend the deadlines accordingly.  The settlement conference and pre-settlement conference dates and associated deadlines (*see* Doc. 92) remain unchanged.  The Court will adjust certain dates to conform to the Court's scheduling preferences.

Based on the foregoing and for good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that:

1. The stay is EXTENDED until November 25, 2020.  Should neither a notice of settlement nor a request to extend the stay be filed by November 25, 2020, the stay will be AUTOMATICALLY LIFTED without further order of the court.
2. The scheduling order dates are MODIFIED as follows:
   a. The expert discovery deadline is extended to December 7, 2020;
   b. The non-dispositive motions filing deadline is extended to January 6, 2021;
   c. The non-dispositive motions hearing deadline is extended to January 20, 2021;
   d. The dispositive motions filing deadline is extended to January 22, 2021;
   e. The dispositive motions hearing deadline is extended to March 17, 2021;
   f. The pretrial conference is continued to May 26, 2021; and
   g. The trial date is continued to July 27, 2021.

IT IS SO ORDERED.

Dated:   **October 27, 2020**                              /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE